1  DEMERY RYAN, Bar No. 217176
   dryan@littler.com
2  LITTLER MENDELSON, P.C.
   2049 Century Park East
3  5th Floor
   Los Angeles, CA 90067.3107
4  Telephone: 310.553.0308
   Facsimile: 310.553.5583
5
   Attorneys for Defendant
6  SOUTHERN CALIFORNIA EDISON COMPANY
   LONG TERM DISABILITY PLAN (*erroneously
7  sued herein as* Edison International Long Term
   Disability Plan)
8

Js-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SONIA CRUZ-BACA, | Case No. 2:14-cv-07887 JFW (MANx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| EDISON LONG TERM DISABILITY PLAN, an ERISA plan DOES 1 through 10, | |
| | Trial Date: None |
| Defendant. | Complaint Filed: October 10, 2014 |

# ORDER

The Court, having reviewed the Stipulation of the Parties, and for good cause appearing, hereby approves and adopts the terms of the Stipulation, and concurrently enters an Order dismissing the entire action as to all parties and all causes of action with prejudice.

**SO ORDERED**.

Dated: November 29, 2017

HON. JOHN F. WALTER
U.S. DISTRICT COURT JUDGE

Firmwide:151155136.1 071013.1011

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308